IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RODOLFO RAMIREZ | § § | |
| VS. | § | MISCELLANEOUS NO. B-03-003 |
| STATE OF TEXAS | § § | |

### ORDER TRANSFERRING VENUE

Rodolfo Ramirez ("Ramirez") a prisoner incarcerated by the State of Texas in the Lopez State Jail in Edinburg, Hidalgo County, Texas, has filed a *pro se* petition pursuant to 28 U.S.C. § 2254 in which he claims that a sentence imposed on him by the 25th Judicial District Court of Guadalupe County, Texas, is constitutionally flawed.

Ramirez filed his petition in the Brownsville Division of the Southern District of Texas.

The plain language of 28 U.S.C. § 2241(d) states that jurisdiction in this case lies in either the Western District of Texas, San Antonio Division which includes Guadalupe County or the Southern District of Texas, McAllen Division which includes Hidalgo County.

The same statue permits the district court in which the petition is filed to transfer it to the other district in which it might have been filed "...in the furtherance of justice...."

Ramirez claims, among other things, ineffective assistance of counsel. In the event a hearing is necessary in this case, it is clear that it would be convenient for all parties for it to be held in the Western District of Texas.

IT IS THEREFORE **ORDERED** that the Clerk transfer this case to the United States District Court for the Western District of Texas, San Antonio Division.

SIGNED at Brownsville, Texas, this 23rd day of January, 2003.

John Wm. Black
United States Magistrate Judge